1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  OLVIN RENE ALVAREZ RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00728-EJD |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| OLVIN RENE ALVAREZ RODRIGUEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Jeffrey Nedrow, and Defendant OLVIN RENE ALVAREZ RODRIGUEZ ("Mr. Alvarez"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the sentencing hearing in this case should be continued from January 12, 2015, to February 23, 2015, at 1:30 p.m.

1. On September 8, 2014, Mr. Alvarez appeared before this Court and entered a guilty plea to a violation of 18 U.S.C. § 1028 (a)(4), a misdemeanor.  The sentencing hearing is currently scheduled for January 12, 2015, at 1:30 p.m.

2. Mr. Alvarez needs additional time to gather and provide to United States Probation information that he believes could have a significant effect on the presentence investigation and also the potential sentence in this matter.

3. United States Probation Officer Benjamin Flores, who is conducting the presentence investigation and will be drafting the Presentence Report, has been consulted and has no opposition to the requested continuance and is available on the requested date.

4. Accordingly, the parties respectfully request that the sentencing hearing be continued to February 23, 2015, at 1:30 p.m.

IT IS SO STIPULATED.

                                              Respectfully submitted,

                                              STEVEN G. KALAR
                                              Federal Public Defender

Dated: December 5, 2014               _____/s/_____
                                              ROBERT CARLIN
                                              Assistant Federal Public Defender

                                              UNITED STATES ATTORNEY

Dated: December 5, 2014               _____/s/_____
                                              JEFFREY NEDROW
                                              Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
OLVIN RENE ALVAREZ RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00728-EJD |
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| OLVIN RENE ALVAREZ RODRIGUEZ, | |
| Defendant. | |

    1. On September 8, 2014, Mr. Alvarez appeared before this Court and entered a guilty plea to a violation of 18 U.S.C. § 1028 (a)(4), a misdemeanor.  The sentencing hearing is currently scheduled for January 12, 2015, at 1:30 p.m.

    2. Mr. Alvarez needs additional time to gather and provide to United States Probation information that he believes could have a significant effect on the presentence investigation and also the potential sentence in this matter.

    3. United States Probation Officer Benjamin Flores, who is conducting the presentence investigation and will be drafting the Presentence Report, has been consulted and has no

opposition to the requested continuance and is available on the requested date.

    4. Based on the foregoing, the sentencing hearing in this matter shall be continued to February 23, 2015, at 1:30 p.m.

IT IS SO ORDERED.

Dated: _____12/8/2014_____      _____
    HON. EDWARD J. DAVILA
    United States District Judge